IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence Steinhoff,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Valle Vista Property Owners Association Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-17-08219-PCT-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 17).

**IT IS THEREFORE ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **January 8, 2018** without further leave of Court.

Dated this 8th day of December, 2017.

　　　　　　　　　　　　　　　　_G. Murray Snow_
　　　　　　　　　　　　　　　　Honorable G. Murray Snow
　　　　　　　　　　　　　　　　United States District Judge